UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

In re: **Salisbury, Gary R**      Case No. **16-70327**
[Case Name]      [Number]

## APPLICATION FOR UNCLAIMED FUNDS

I, the undersigned, under penalty of perjury under the laws of the United States of America, declare (or certify, verify, or state) that I am legally entitled to claim these funds and that the following statements and information are true and correct:

1. I am applying to receive $ **4,635.28**, the total of all money deposited with the court by the trustee, on behalf of the Owner of Record whose name is **Engs Commercial Finance Company**

2. My SSN/Tax ID# is ▓▓▓▓**2972**.

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR
APR 26 2019
JEAN ROLFS, CLERK by_____

3. Please check and complete only the ONE applicable subparagraph below.

[X] 1. I am the Owner of Record named in paragraph 1, or, if not an individual, I am an employee of the Owner of Record and I am authorized by the Owner of Record to file this application and my title is (e.g., owner, partner, etc.) **Bankruptcy and Collection Paralegal**.

[ ] 2. I am a Successor Claimant, not the Owner of Record, and I am authorized to file this petition. The following is a brief history of the chain of ownership from the Owner of Record named in Section 1 to the Applicant, which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Attach additional sheet(s) if necessary. _____

[ ] 3. I am a Claimant Representative (i.e., funds locator) whose name, title, and address is _____

4. I have no knowledge that any other party may be entitled to these funds and am not aware of any dispute regarding these funds.

5. Enclosed is a photocopy of photo identification (e.g., driver's license or passport) of the applicant named below.

6. Enclosed is supporting documentation for this claim as required by the Procedures for Claiming Unclaimed Funds which is listed on this court's website.

7. I understand that, pursuant to 18 U.S.C. §152, I will be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

8. On **4-22-19** I mailed BOTH: (a) the ORIGINAL of this document (fully completed) to the office of the Clerk, U.S. Bankruptcy Court, 300 W. Second St., Little Rock AR 72201; AND (b) a COPY to the U.S. Attorney at 414 Parker Ave., Fort Smith, AR 72901 (Western District) or P. O. Box 1229, Little Rock, AR 72203 (Eastern District), per 28 U.S.C. §2042.

_[signature]_      **331-215-1039**
Applicant's Signature (Bar# if attorney)      Applicant's Telephone Number

**Jeremy Feinstein**      **1 Pierce Place, Suite 1100 West**
Applicant's Name (Type or Print)      Applicant's Street Address

**4/22/19**      **Itasca, IL 60143**
Date      City, State and Zip

State of **Illinois**

County of **DuPage**

Subscribed and sworn to before me this **22nd** day of **April**, 20**19**.

_[signature] Tyler D. Putignano_      My commission expires: **8/13/20**
Notary Public

OFFICIAL SEAL
TYLER D PUTIGNANO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/13/20

EOD: April 26, 2019